IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mitchell, George J

Printed: 4/8/08

Case Number: 07 B 17559
Judge: Hollis, Pamela S
Filed: 9/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: November 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 320.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 302.72 |
| Trustee Fee: |  | 17.28 |
| Other Funds: |  | 0.00 |
| Totals: | 320.00 | 320.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,539.00 | 302.72 |
| 2. | Portfolio Recovery Associates | Unsecured | 439.86 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 43.51 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 11.67 | 0.00 |
| 5. | Check Into Cash | Unsecured | 18.68 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 134.93 | 0.00 |
| 7. | Illinois Dept of Human Rights | Unsecured | 14.20 | 0.00 |
| 8. | Check N Go | Unsecured |  | No Claim Filed |
| 9. | Collection | Unsecured |  | No Claim Filed |
| 10. | CBCS | Unsecured |  | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 12. | First Cash Advance | Unsecured |  | No Claim Filed |
| 13. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,201.85 | $ 302.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 17.28 |
|  | $ 17.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mitchell, George J | Case Number:  07 B 17559 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  9/26/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

